✓ FILED 4/3/2000 ENTERED
___ LODGED ___ RECEIVED

MAR 3 1 2000

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARGARET MAJOR, et al.          :
                                :
                                :   Consolidated
v.                              :   Civ. Action No. DKC 96-3940
                                    (Pertains to No. DKC 96-3940, 97-37
                                :   97-1039, 98-1690, 98-789, 98-1270)

CSX TRANSPORTATION, et al.      :

### O R D E R

Pending and ready for resolution is the motion for summary judgment of Defendant National Railroad Passenger Corporation ("AMTRAK") on Plaintiffs' state common-law claims on the basis of federal preemption. No hearing is deemed necessary, and the court now rules pursuant to Local Rule 105.6.

On September 1, 1999, this court granted Defendant General Motors Corporation's motion to dismiss on the same ground, that the federal Locomotive Inspection Act, 49 U.S.C. § 20701 to 20703, preempts state common-law claims relating to the design or construction of a part of the locomotive. AMTRAK now incorporates General Motors' arguments in their entirety in moving for summary judgment on many aspects of Plaintiffs' common-law claims. Plaintiffs, in opposition, have only incorporated by reference the same arguments presented in the earlier motion. They have not presented any distinction for the court between the legal issue before the court now and on General Motors' motion.

For the reasons stated in the Memorandum Opinion of September 1, 1999, the court will grant summary judgment for AMTRAK on all



claims that relate to the design or construction of a part of the locomotive. The court will not grant summary judgment on any count in its entirety because Plaintiffs rely upon other bases, such as failure to train and failure to employ appropriate safety measures, for their common law claims. Accordingly, IT IS this 31st day of March 2000, by the United States District Court for the District of Maryland, ORDERED that:

1. Defendant National Railroad Passenger Corporation's Motion for Summary Judgment BE, and the same hereby IS, GRANTED in part and DENIED in part;

2. JUDGMENT BE, and the same hereby IS, entered in favor of Defendant National Railroad Passenger Corporation and against Plaintiffs on the following claims -- *Major* (DKC 96-3940) Count II ¶ 26b, 26c, 26d; *Williams* (DKC 97-37) Count II ¶ 23, 24d; *Orr* (DKC 97-1039) Count II ¶ 31b, 31c, 31d, 34, Count VII ¶ 62; *Crawford* (DKC 98-789) Count I ¶ 31c; *Benitez* (98-1690) Count I ¶ 32.3; and *Robertson* (DKC 98-1270) Count I ¶ 15, 16d; and

3. The clerk is directed to transmit a copy of this Order to counsel for the parties.

_____
DEBORAH K. CHASANOW
United States District Judge