UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JILLYN K. SCHULZE
UNITED STATES MAGISTRATE JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0630
FAX: (301) 344-0629

April 26, 2000

Natalie McSherry, Esquire
Whiteford, Taylor & Preston, L.L.P
Suite 1400, First Union Tower
Seven Saint Paul Street
Baltimore, Maryland 21202

Steven M. Weisbaum, Esquire
Alper, Mann & Weisbaum,, P.C.
1730 K Street, N.W., Suite 1107
Washington, D.C. 20006

Re: <u>Margaret Major, et al. v. CSX Transportation, Inc.</u>
   Civil Nos. DKC 96-3940, DKC 98-1271, DKC 98-1270, DKC 98-789,
   DKC 98-1690, DKC 97-2888, DKC 97-1039, DKC 96-3942, DKC 96-3941,
   DKC 97-37, DKC 97-3219

Dear Counsel:

Pursuant to the motions of Plaintiffs Betty R. Quillen, Rodney Crawford, Margaret C. Major, and James M. Major, which are unopposed, the attached schedule shall apply to cases which have been consolidated for purposes of discovery (see Memorandum and Order of May 22, 1998, entered in Civil No. DKC 96-3940) and have not been dismissed. As damages discovery is completed, discovery under this schedule will be limited to liability issues.

Despite the informal nature of this letter, it is an Order of the court and shall be docketed as such.

Sincerely,

Jillyn K. Schulze
United States Magistrate Judge

Enclosure

cc: Judge Deborah K. Chasanow