**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

JILLYN K. SCHULZE
UNITED STATES MAGISTRATE JUDGE

May 11, 2000

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0630
FAX: (301) 344-0629

M. Natalie McSherry, Esquire
Whiteford, Taylor & Preston, L.L.P
Suite 1400, First Union Tower
Seven Saint Paul Street
Baltimore, Maryland 21202

Steven M. Weisbaum, Esquire
Alper, Mann & Weisbaum,, P.C.
1730 K Street, N.W., Suite 1107
Washington, D.C. 20006

_____FILED  _____ENTERED
_____LODGED _____RECEIVED

MAY 1 2 2000

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

Re: Margaret Major, et al. v. CSX Transportation, Inc.
     Civil Nos. DKC 96-3940, DKC 98-1271, DKC 98-1270, DKC 98-789,
     DKC 98-1690, DKC 97-2888, DKC 97-1039, DKC 96-3942, DKC 96-3941,
     DKC 97-37, DKC 97-3219

Dear Counsel:

I have received Ms. Benzer's letter of May 8, 2000, which requests a scheduling conference on behalf of Defendants and Mr. Mann. After receiving their copies of this letter, counsel for other Plaintiffs promptly objected to the proposed conference, pointing out that such a conference has already been held. In addition, Plaintiffs' counsel request 50-60 deposition hours, and Defendants Sumitomo Corp. of America and Sumitomo Corp. request 40 hours.

No purpose for the requested scheduling conference has been proffered. Any counsel who believes that there is a need for such a conference or that requested deposition limitations are unreasonable will have ten days from today to submit their supporting arguments. Any such submission must include a description of counsel's attempts to discuss the matter with opposing counsel. Neither this letter nor counsel's responses will operate as a stay of discovery.

Despite the informal nature of this letter, it is an Order of the court and shall be docketed as such.

Sincerely,

Jillyn K. Schulze
United States Magistrate Judge

cc: Judge Deborah K. Chasanow