UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JILLYN K. SCHULZE  
UNITED STATES MAGISTRATE JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0630
FAX: (301) 344-0629

May 31, 2000

M. Natalie McSherry, Esquire  
Whiteford, Taylor & Preston, L.L.P  
Suite 1400, First Union Tower  
Seven Saint Paul Street  
Baltimore, Maryland 21202

Steven M. Weisbaum, Esquire  
Alper, Mann & Weisbaum,, P.C.  
1730 K Street, N.W., Suite 1107  
Washington, D.C. 20006

Re: <u>Margaret Major, et al. v. CSX Transportation, Inc.</u>
    Civil Nos. DKC 96-3940, DKC 98-1271, DKC 98-1270, DKC 98-789,
    DKC 98-1690, DKC 97-2888, DKC 97-1039, DKC 96-3942, DKC 96-3941,
    DKC 97-37, DKC 97-3219

Dear Counsel:

Pursuant to your conversation with my secretary, a scheduling conference in the above-captioned cases will be held in Courtroom 3A, United States District Court, 6500 Cherrywood Lane, Greenbelt, Maryland on **June 16, 2000** at **10:00 a.m.**

Despite the informal nature of this letter, it is an Order of the court and shall be docketed as such.

Sincerely,

Jillyn K. Schulze  
United States Magistrate Judge

cc: Judge Deborah K. Chasanow