

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| MARGARET MAJOR, et al. | * | Civil No. DKC-96-3940 |
|  |  | DKC-98-1271 |
|  | * | DKC-98-1270 |
| vs. |  | DKC-98-789 |
|  | * | DKC-98-1690 |
| CSX TRANSPORTATION, INC. |  | DKC-97-2888 |
|  | * | DKC-97-1039 |
|  |  | DKC-96-3942 |
|  | * | DKC-96-3941 |
|  |  | DKC 97-37 |
|  | * | DKC 97-3219 |

******

### REVISED SCHEDULING ORDER

This scheduling order is being entered pursuant to Federal Rule of Civil Procedure 16 (b) and the scheduling conference held on June 16, 2000, at which all parties were represented. **The schedule will not be changed except for good cause.**

With the exception of the deadlines, all provisions of the scheduling order entered on April 26, 2000, remain in effect. The following deadlines will replace those set forth in the April 26 order.

| | |
|---|---|
| Plaintiffs' identification of expert witnesses | July 17, 2000 |
| Defendants' identification of expert witnesses | September 18, 2000 |
| Completion of fact discovery | December 15, 2000 |
| Plaintiffs' supplemental identification of expert witnesses[1] | January 2, 2001 |
| Plaintiffs' Rule 26(a)(2) disclosures re experts | March 2, 2001 |
| Completion of depositions of Plaintiffs' experts | May 2, 2001 |

---

[1] Supplementation of Plaintiffs' expert witness identification will be permitted only for good cause and absent undue prejudice to Defendants. Mr. Doumar's objection to this limitation was heard and was overruled.



| | |
|---|---|
| Defendants' Rule 26(a)(2) disclosures re experts | June 4, 2001 |
| Completion of depositions of Defendants' experts | August 3, 2001 |
| Submission of status report; requests for admissions | August 10, 2001 |
| Dispositive pretrial motions deadline | September 10, 2001 |

Steven M. Weisbaum, Esq., Alper, Mann &Weisbaum, P.C., 1730 K Street, N. W., Suite 1107, Washington, D.C. 20006, (202) 298-9191, will continue to serve as plaintiffs' liaison counsel and will be responsible for receiving, coordinating, and serving material, including discovery, from and to the court and opposing counsel. See Memorandum and Order of May 22, 1998 at 2.[2]

Plaintiffs may take no more than 60 hours of depositions of fact witnesses. Defendants Sumitomo Corporation of America and Sumitomo Corporation may take no more than 40 hours of depositions of fact witnesses. Defendants MARC, CSXT and Amtrak may take no more than 40 hours of depositions of fact witnesses.

So ORDERED, this 19th day of June, 2000.

_____
JILLYN K. SCHULZE
United States Magistrate Judge

---

[2] Mr. Doumar's objection to the continuation of Mr. Weisbaum as liaison counsel and to having Mr. Weisbaum coordinate written discovery requests was overruled during a recorded hearing which followed the June 16, 2000, conference.