IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

AUG 29 2000

MARGARET MAJOR, et al.

Plaintiffs

v.

CSX TRANSPORTATION, INC., et al.

Defendants

Consolidated Civil
Court Action No. DKC-96-3940

Pertains to Action Nos.
DKC-96-3940; DKC-96-3941;
DKC-96-3942; DKC-97-37;
DKC-97-2888; DKC-97-3219;
DKC-98-789; DKC-98-1270;
DKC-98-1271; DKC-98-1690

\* \* \* \* \* \*    \* \* \* \* \*

### STIPULATION TO EXTEND DEADLINES FOR DEFENDANTS' ANSWERS TO WRITTEN DISCOVERY AND RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS

Now come Defendants, CSX Transportation, Inc., National Railroad Passenger Corporation, and Sumitomo Corporation of America, by their undersigned attorneys, and Plaintiffs by their designated counsel, and hereby stipulate to the following:

1. The Defendants, CSX Transportation, Inc., and National Railroad Passenger Corporation will produce their Answers to the Interrogatories and Responses to the Request for Production of Documents submitted by Plaintiffs on or before September 20, 2000.

2. These Defendants will attempt to produce responsive documents on or before September 20, 2000.

3. Defendant Sumitomo Corporation of America will produce Answers to Interrogatories and Responses to the Request for Production of Documents

