UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JILLYN K. SCHULZE
UNITED STATES MAGISTRATE JUDGE

September 20, 2000

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0630
FAX: (301) 344-0629

M. Natalie McSherry, Esquire
Whiteford, Taylor & Preston, L.L.P
Suite 1400, First Union Tower
Seven Saint Paul Street
Baltimore, Maryland 21202

Steven M. Weisbaum, Esquire
Lawrence Mann, Esquire
David A. Richman, Esquire
Alper, Mann & Weisbaum,, P.C.
1730 K Street, N.W., Suite 1107
Washington, D.C. 20006

Re: <u>Margaret Major, et al. v. CSX Transportation, Inc.</u>
    Civil Nos. DKC 96-3940, DKC 98-1271, DKC 98-1270, DKC 98-789,
    DKC 98-1690, DKC 97-2888, DKC 97-1039, DKC 96-3942, DKC 96-3941,
    DKC 97-37, DKC 97-3219

Dear Counsel:

Pursuant to the referral of this case to me for resolution of discovery disputes, a telephone conference was held on September 19, 2000, in which Ms. McSherry and Plaintiffs' liaison counsel Mr. Richman participated. This letter order will document the salient contents of that conference and the ruling that was made.

Ms. McSherry stated that CSX had assembled some 18 boxes of documents for review by Plaintiffs' counsel. To avoid having seven counsel come at different times, she attempted, through Mr. Richman, to set aside September 26 and 27 for document review. Mr. Richman stated that all counsel other than Mr. Henry, who could not be reached, and Mr. Doumar had agreed to those dates. Mr. Richman believed that Mr. Doumar was available on at least one of those dates. Ms. McSherry stated that Mr. Doumar maintained that he was entitled to look at these documents on September 20 and had declined to participate in the telephone conference.

The request to coordinate the document review dates seems reasonable, and since Mr. Doumar declined the opportunity to oppose the request, it is granted to the extent that no document review need be provided on September 20.

Despite the informal nature of this letter, it is an Order of the court and the Clerk is directed to docket it as such.

Sincerely,

Jillyn K. Schulze
United States Magistrate Judge

cc: Judge Deborah K. Chasanow