IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND,
*Southern Division*

MARGARET MAJOR, et al.,  :

            Plaintiffs,  :

v.                             Civil Action
                         :  Consolidated No. DKC-96-3940

CSX TRANSPORTATION, INC., et al.

            :  DKC 96-3940, DKC 98-1271,
              Defendants.:  DKC 98-1270, DKC 98-789,
            :  DKC 98-1690, DKC 97-2888,
              DKC 97-1039, DKC 96-3942,
            :  DKC 96-3941, DKC 97-37,
              DKC 97-3219

## STIPULATION TO EXTEND TIME TO MOVE TO COMPEL DISCOVERY

Come now the parties hereto by liaison counsel in the above captioned matter, Steven M. Weisbaum of Alper, Mann & Weisbaum, P.C. for plaintiffs, and Natalie McSherry of Whiteford, Taylor & Preston, L.L.P. for defendants, and hereby stipulate, pursuant to Local Rule 104(8)(a) of the U.S. District Court for the District of Maryland, that plaintiffs shall have an extension of time to move to compel discovery from defendants. The parties agree and stipulate that plaintiffs shall be permitted to file a motion to compel, regarding either interrogatories or requests for production, within thirty days after plaintiffs' counsel receive, from defendants, the documents selected by plaintiffs' counsel following review of all documents produced by defendants Amtrak, CSX and Sumitomo.

Respectfully submitted,

*[signature]*

Steven M. Weisbaum, Bar #09928
ALPER, MANN & WEISBAUM, P.C.
1730 K St., N.W.
Suite 1107
Washington, D.C. 20006
(202) 298-9191
(Plaintiffs' Liaison Counsel)

*[signature]*

M. Natalie McSherry
WHITEFORD, TAYLOR & PRESTON, L.L.P.
First Union Tower - Suite 1400
7 St. Paul Street
Baltimore, MD 21201-1626
(Defendants' Liaison Counsel)