IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND,
Southern Division

MARGARET MAJOR, et al.,       :

    Plaintiffs,       :

v.       :    Civil Action
       Consolidated No. DKC-96-3940
CSX TRANSPORTATION, INC., et al.

    Defendants.:    DKC 96-3940, DKC 98-1271,
       DKC 98-1270, DKC 98-789,
       DKC 98-1690, DKC 97-2888,
       DKC 97-1039, DKC 96-3942,
       DKC 96-3941, DKC 97-37,
       DKC 97-3219

## ORDER EXTENDING THE DEADLINE FOR THE COMPLETION OF FACT DISCOVERY

UPON Consideration of the Joint Motion to Extend the Deadline for the Completion of Fact Discovery, it is this _20_ day of _Dec_, _2000_ hereby GRANTED; and it is further,

ORDERED, that the Deadline for the Completion of Fact Discovery is extended to February 15, 2001. ~~sixty (60) days.~~

IT IS SO ORDERED.

Dated: _____

_____
U.S. Magistrate Judge