IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

MARGARET MAJOR, et al.,
    Plaintiffs,

v.

CSX TRANSPORTATION, INC., et al.,
    Defendants.

CIVIL NO.: Consolidated at DKC-96-3940

Pertains to Action Nos. DKC-96-3941, DKC-96-3942, DKC-97-37, DKC-98-789, DKC-98-1270, DKC-98-1271, DKC-98-1690, DKC-97-2888

## NOTICE OF SUBSTITUTION OF APPEARANCE FOR DEFENDANT SUMITOMO CORPORATION OF AMERICA

Please substitute the appearance of James E. Gray, Esquire, Michael B. MacWilliams, Esquire, and Venable, Baetjer and Howard, LLP, for that of David H. Hollander and Goodell, DeVries, Leech & Gray, LLP (whose appearance is hereby withdrawn) as additional counsel to Defendant Sumitomo Corporation of America. Warren L. Simpson, Jr., Esquire, E. Graham Robb, Esquire, and Weber Goldstein Greenberg & Gallagher LLP shall continue as counsel to Sumitomo Corporation of America.

[Signatures on following page]

"_Approved_" this 29th day of March, 2001.

_Deborah K. Chasanow_
DEBORAH K. CHASANOW
United States District Judge

Respectfully submitted,

**WEBER GOLDSTEIN GREENBERG & GALLAGHER LLP**

*E. Graham Robb/mba*
_____
Warren L. Simpson, Jr., Esquire
E. Graham Robb, Esquire
1811 Chestnut Street
Philadelphia, PA  19103-3727
(215) 564-4597

**Venable, Baetjer and Howard, LLP**

*Michael B MacWilliams*
_____
James E. Gray, Esquire
Michael B. MacWilliams, Esquire
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201
410-244-7400

Attorneys for Defendant
Sumitomo Corporation of America

**Goodell, DeVries, Leech & Gray, LLP**

*David H. Hollander/mba*
_____
David H. Hollander, Esquire
One South Street, 20th Floor
Baltimore, Maryland  21202
(410) 783-4000

-2-