IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARGARET MAJOR, et al., | : | Consolidated Civil |
| Plaintiffs, | : | Court Action No.: |
| | : | DKC-96-3940 |
| | : | Pertains to Action Nos.: |
| v. | : | DKC-96-3940; DKC-96-3941; |
| | : | DKC-96-3942; DKC-97-37; |
| CSX TRANSPORTATION, INC., et al., | : | DKC-97-2888; DKC-97-3219 |
| Defendants. | : | DKC-98-789; DKC-98-1270; |
| | : | DKC-98-1271; DKC-98-1690 |

## JOINT STIPULATION TO EXTEND DEADLINES

Now come Defendants, through their designated liaison counsel and Plaintiffs by their designated liaison counsel, and hereby submit for the Court's approval this Joint Stipulation to Extend Deadlines:

1. Completion of fact discovery: April 16, 2001;

2. Plaintiffs' Rule 26(a)(2) disclosures re experts: May 16, 2001;

3. Completion of depositions of Plaintiffs' experts: July 16, 2001;

4. Defendants' Rule 26(a)(2) disclosures re experts: August 16, 2001;

5. Completion of depositions of Defendants' experts: September 28, 2001;

6. Submission of status report and requests for admissions: October 5, 2001; and

7.   Dispositive pretrial motions:  November 5, 2001.

Respectfully submitted,

_David Richman/SMB_  
Steven M. Weisbaum  
David A. Richman  
Plaintiffs' Liaison Counsel

_Sandra H. Benzer_  
M. Natalie McSherry  
Sandra Harlen Benzer  
Defendants' Liaison Counsel

Date: 2/8/01

APPROVED BY THE COURT:

Date: 2/12/01

_Jillyn K. Schulze_  
Jillyn K. Schulze  
United States Magistrate Judge

J:\Work\S\SILVERSP.SMM\PLAINTIF\MAJOR\pleadings\StipExtendDeadlines.wpd