IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARGARET MAJOR, et al. | * | Civil No. DKC-96-3940 |
| | | DKC-98-1271 |
| | * | DKC-98-1270 |
| vs. | | DKC-98-789 |
| | * | DKC-98-1690 |
| CSX TRANSPORTATION, INC. | | DKC-97-2888 |
| | * | DKC-97-1039 |
| | | DKC-96-3942 |
| | * | DKC-96-3941 |
| | | DKC 97-37 |
| | * | DKC 97-3219 |

\*\*\*\*\*\*

## ORDER

UPON CONSIDERATION of the Plaintiffs' Motion to Extend Fact Discovery Deadlines and Memorandum filed in Support thereof, to which no opposition has been filed, it is this 21 day of May, 2001, hereby ORDERED,

that the fact discovery schedule will proceed as follows:

| | |
|---|---|
| Completion of fact discovery: | 30 days after ruling on pending summary judgment motions. |
| Plaintiffs' Rule 26(a)(2) disclosures re experts: | 60 days after ruling on pending summary judgment motions |
| Completion of depositions of Plaintiffs' experts: | 90 days after ruling on pending summary judgment motions |
| Defendants' Rule 26(b)(2) expert disclosures: | 120 days after ruling on pending summary judgment motions |
| Completion of depositions of Defendants' experts: | 150 days after ruling on pending summary judgment motions |
| Submission of status report and requests for admissions: | 180 days after ruling on pending summary judgment motions |

| | |
|---|---|
| Dispositive pretrial motions: | 210 days after ruling on pending summary judgment motions |

/s/ JILLYN K. SCHULZE
JILLYN K. SCHULZE
United States Magistrate Judge

2