UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JILLYN K. SCHULZE
UNITED STATES MAGISTRATE JUDGE

May 25, 2001

6500 CHERRYWOOD LANE
SUITE 335A
GREENBELT, MARYLAND 20770
(301) 344-0630
Fax: (301) 344-0629

Natalie McSherry, Esquire
Sandra Benzer, Esquire
Whiteford, Taylor & Preston, L.L.P
Suite 1400, First Union Tower
Seven Saint Paul Street
Baltimore, Maryland 21202-1626

Douglas P. DesJardins, Esquire
R. JACK CLAPP & ASSOCIATES, L.P.A.
Suite 828, Hall of the States
444 N Capitol ST NW
Washington DC 20001

Cara Luther, Esquire
BAUM HEDLUND ARISTEI
 GUILFORD & DOWNEY PC
1240 24TH ST NW Suite 300
Washington, D.C. 20037-1124

Re: *Margaret Major, et al. v. CSX Transportation, Inc.*
   Civil Nos.  DKC 96-3940, DKC 98-1271, DKC 98-1270, DKC 98-789,
   DKC 98-1690, DKC 97-2888, DKC 97-1039, DKC 96-3942, DKC 96-3941,
   DKC 97-37, DKC 97-3219

Dear Counsel:

Pursuant to your conversation with my secretary, I have scheduled a telephone hearing regarding Defendants' Motion to Compel Medical Examinations on **June 11, 2001** at **11:00 a.m.** in the above-referenced case.

I request that Defendants' counsel initiate the call.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely,

Jillyn K. Schulze
United States Magistrate Judge

cc: Judge Deborah K. Chasanow