UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JILLYN K. SCHULZE
UNITED STATES MAGISTRATE JUDGE

June 11, 2001

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0630
Fax: (301) 344-0629

Natalie McSherry, Esquire
Sandra Benzer, Esquire
WHITEFORD, TAYLOR & PRESTON
Suite 1400, First Union Tower
Seven Saint Paul Street
Baltimore, Maryland 21202-1626

Cara Luther, Esquire
BAUM HEDLUND ARISTEI
 GUILFORD & DOWNEY PC
1240 24TH ST NW Suite 300
Washington, D.C. 20037-1124

Douglas P. DesJardins, Esquire
R. JACK CLAPP & ASSOCIATES, L.P.A.
Suite 828, Hall of the States
444 N Capitol ST NW
Washington DC 20001

E. Graham Robb, Esquire
Warren L. Simpson, Jr., Esquire
John E. Kawczynski, Esquire
WEBER GOLDSTEIN GREENBERG
 & GALLAGHER
1811 Chestnut Street
Philadelphia PA 19103

Re: *Margaret Major, et al. v. CSX Transportation, Inc.*
Civil Nos. DKC 96-3940, DKC 98-1271, DKC 98-1270, DKC 98-789,
DKC 98-1690, DKC 97-2888, DKC 97-1039, DKC 96-3942, DKC 96-3941,
DKC 97-37, DKC 97-3219

Dear Counsel:

Pursuant to the referral of this case to me for resolution of discovery disputes, a recorded telephone hearing was held today to discuss Defendant CSX's motions to compel medical examinations of Plaintiffs Crawford and Benitez (Paper No. 195) and CSX's supplemental motion regarding Mr. Crawford. This letter will confirm the rulings made, for reasons stated during the hearing.

The motion is granted as to one physical examination of each Plaintiff and one psychiatric or psychological examination of Mr. Crawford. These examinations must be completed not less than 90 days before trial. CSX will pay travel costs for Plaintiffs to attend these examinations.

Despite the informal nature of this letter, it is an order of the court and the clerk is directed to docket it as such.

Sincerely,

Jillyn K. Schulze
United States Magistrate Judge

cc: Judge Deborah K. Chasanow