IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARGARET MAJOR, et al.        :

                               :

v.        :   Civil Action No. DKC 96-3940
              Pertains to Action nos.
              DKC 96-3940, 96-3941, 96-3942,
              97-37, 97-2888, 97-3219, 98-
              789, 98-1270, 98-1271, 98-1690

CSX TRANSPORTATION, INC.,
et al.        :

### O R D E R

For the reasons stated in the foregoing Memorandum Opinion, it is this 6th day of November, 2001, by the United States District Court for the District of Maryland, ORDERED that:

1. Plaintiffs' Motion for Partial Summary Judgment BE, and the same hereby IS, DENIED;

2. Amtrak's Motion for Summary Judgment BE, and the same hereby IS, DENIED;

3. Plaintiff Rodney Crawford's Motion to strike CSXT's sur-reply to Plaintiffs' Motion for Partial Summary Judgment BE, and the same hereby IS, DENIED as moot; and

4. The Clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

                                                            /s/ Deborah R. Chasanow
                                                            DEBORAH K. CHASANOW
                                                            United States District Judge