IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARGARET MAJOR, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No:   DKC-96-3940 |
| CSX TRANSPORTATION, INC., et al. | * | (Pertaining to Case Nos. DKC-98-789 and DKC-98-1690) |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon the Joint Motion of the parties in this case, the Scheduling Order as it pertains to discovery in this case is modified so that the following dates will control the completion of the deposition discovery of expert witnesses:

- March 8, 2002 – completion of depositions of plaintiffs' expert witnesses;

- April 8, 2002 – designation of expert witnesses by defendants;

- June 8, 2002 – completion of depositions of defendants' expert witnesses;

*All other dates are unchanged.*

_____
Jillyn K. Schulze, Magistrate Judge

12/21/01

1392880