IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | | |
|---|---|---|---|
| MARGARET MAJOR, et al. | * | | |
| vs. | * | Civil No. | DKC-96-3940 |
| | | | DKC-98-1271 |
| CSX TRANSPORTATION, INC. | * | | DKC-98-1270 |
| | | | DKC-98-789 |
| | * | | DKC-98-1690 ✓ |
| | | | DKC-97-2888 |
| | * | | DKC-97-1039 |
| | | | DKC-96-3942 |
| | * | | DKC-96-3941 |
| | | | DKC 97-37 |
| | * | | DKC 97-3219 |

## ORDER

For the reasons stated in the Memorandum filed today, it is hereby ORDERED, this 9 day of January, 2002, that

1. The Motions for Leave to File Answer (Papers No. 238 and 247) are hereby GRANTED;

2. The Motions to Strike Answer (Papers No. 235 and 248) are hereby DENIED;

3. The Motion to Withdraw motion for entry of default (Paper No. 236) is GRANTED; and

4. The Motion for Entry of Default (Paper No. 228) is WITHDRAWN.

JILLYN K. SCHULZE
United States Magistrate Judge