IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| MARGARET MAJOR, et al., | : | Consolidated Civil Court Action No. DKC-96-3940 |
| Plaintiffs | : | |
| | : | Pertains to Action Nos. |
| v. | : | DKC-96-3940 (Major) |
| | | DKC-96-3941 (Pappas) |
| | : | DKC-96-3942 (Boseman/Lebron) |
| | | DKC-97-37 (Williams) |
| CSX TRANSPORTATION, INC., et al., | : | DKC-97-2888 (Carson/Childs/Noakes) |
| | | DKC-97-3219 (Quillen) |
| Defendants. | : | DKC-98-789 (Crawford) |
| | | DKC-98-1270 (Robertson) |
| | | DKC-98-1271 (Edwards) |
| | | DKC-98-1690 (Benitez) |

### DEFENDANT'S WITHDRAWAL AND ENTRY OF APPEARANCE

Mr. Clerk:

Please withdraw the appearance of Sandra H. Benzer and enter the appearance of Douglas F. Murray in the above-captioned matters as additional counsel for the Defendants, CSX Transportation, Inc. and National Railroad Passenger Corporation. M. Natalie McSherry will remain as Counsel for Defendants, in addition to Mr. Murray.

Sandra Harlen Benzer, #08215