UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JILLYN K. SCHULZE
UNITED STATES MAGISTRATE JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0630
FAX: (301) 344-0629

February 8, 2002

M. Natalie McSherry, Esquire
Whiteford, Taylor & Preston, L.L.P
Suite 1400, First Union Tower
Seven Saint Paul Street
Baltimore, Maryland 21202

Lawrence Mann, Esquire
1730 K Street, N.W., Suite 1107
Washington, D.C. 20006

FILED ___ ENTERED
LODGED ___ RECEIVED
FEB 8 2002
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

Re: *Margaret Major, et al. v. CSX Transportation, Inc.*
Civil Nos. DKC 96-3940, DKC 98-1271, DKC 98-1270, DKC 98-789,
DKC 98-1690, DKC 97-2888, DKC 97-1039, DKC 96-3942, DKC 96-3941,
DKC 97-37, DKC 97-3219

Dear Counsel,

Pursuant to the referral of this case to me for pretrial matters, I have reviewed Mr. Summers' letter of January 11, 2002, requesting severance of the *Major* case from the consolidated case. No objections to this request have been received, and it will be granted.

The request for severance addresses remaining discovery as well as trial. However, the cases are not consolidated for trial, but rather were consolidated only for pretrial scheduling and discovery matters. *See* Paper No. 40, Memorandum and Order of May 22, 1998. Accordingly, the granting of the request for severance is likewise limited to future scheduling and discovery matters. The revised scheduling order of January 23, 2002, (Paper No. 260), will continue to apply to this case. In addition, the severance will not affect any liability that may be assessed against Plaintiffs Major based on the petition for fees filed by former liaison counsel on October 25, 2001.

Despite the informal nature of this letter, it is an order of the court and the Clerk is directed to docket it as such. In addition, the Clerk is directed to docket, and the parties are directed to caption, all future papers in the case of *Major v. CSX Transportation, Inc., et. al.* as Civil No. DKC 96-3940. All papers in the remaining consolidated cases will now be captioned and docketed as *Pappas v. National Railroad, et. al.*, Civil No. DKC 96-3941.

Sincerely,

Jillyn K. Schulze
United States Magistrate Judge

cc: Judge Deborah K. Chasanow