IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

APR - 9 2002

| | |
|---|---|
| RODNEY CRAWFORD, et al.<br><br>Plaintiffs<br><br>v.<br><br>CSX Transportation, Inc., et al.<br><br>Defendants. | CONSOLIDATED<br>CIVIL ACTION DKC<br><br>ORDER GRANTING EXTENSION OF TIME<br>Pertains to Case Nos:<br>98-789<br>98-1690<br>96-3942<br>97-37<br>98-1271<br>98-1270<br>97-908<br>97-2888 |

Upon consideration of Plaintiffs Uncontested Motion to Extend Time, as well other papers filed, good cause having been shown, it is hereby **ORDERED** on this, the ___8___ day of ___April___, 2002:

1. That the final date for the parties to take the depositions on Plaintiff's expert witnesses shall be June 6, 2002;

2. That the date for Defendants' Rule 26(b)(2) shall be July 6, 2002;

3. That the final date for completion of depositions of Defendants experts shall be August 30, 2002;

4. That the final date for submission of status reports and requests for admission shall be September 30, 2002; and

5. That the date for the filing of dispositive pretrial motions shall be October 30, 2002.

_____
JILLYN K. SCHULZE
United States Magistrate Judge