```
                 ___FILED    ___ENTERED
                 ___LODGED   ___RECEIVED
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

JUL 2 2002

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

| | | |
|---|---|---|
| HELENE PAPPAS, et al. | * | Consolidated<br>Civil Action No: DKC-96-3941 |
| Plaintiffs | * | |
| v. | * | ORDER GRANTING<br>EXTENSION OF TIME |
| CSX TRANSPORTATION, INC., et al. | * | This Pleading Pertains to:<br>DKC-98-789 Crawford,<br>DKC-97-37 Williams,<br>DKC-98-1271 Edwards,<br>DKC-97-2888 Carson,<br>DKC-96-3941 Pappas,<br>DKC-96-3942 Lebron & Boseman,<br>DKC-98-1690 Benitez,<br>DKC-98-1270 Robertson. |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendants CSX Transportation, Inc. and National Railroad Passenger Corporation's Uncontested Motion to Extend Time, good cause having been shown, it is hereby ORDERED on this _2_ day of _July_, 2002:

1. That the final date for the parties to take the deposition of Plaintiffs' expert witnesses shall be July 15, 2002;

2. That the date for Defendants' Rule 26(b)(2) disclosure shall be August 15, 2002;

3. That the final date for completion of _all discovery, including_ depositions of Defendants' experts shall be September 15, 2002;

4. That the final date for submission of status reports and requests for admission shall be September _20_, 2002; and

5. ~~That the date for the filing of dispositive pretrial motions shall be October 30, 2002.~~ A scheduling conference will be held on Thursday, September 26, at 9:00 a.m., in Judge Chasanow's chambers, Room 465A.

6. No further extensions of time will be granted.

*JILLYN K. SCHULZE*
United States Magistrate Judge

Copies of this Order shall be served upon:

E. Graham Robb, Esquire
Weber, Goldstein, Greenberg & Gallagher
The Belgravia
1811 Chestnut Street
Philadelphia, Pennsylvania 19103

Kurt Berlin, Esquire
Obergh and Berlin
Suite 300
1424 "K" Street
Washington, D.C. 20005-2410

Douglas P. DesJardins, Esquire
R. Jack Clapp & Associates Co.., L.P.A.
Suite 828, Hall of the States
444 N. Capitol Street, N.W.
Washington, D.C. 20001

Charles E. McClain, Sr., Esquire
McClain & Associates
Suite B
3100-A Ritchie Road
Forestville, Maryland 20747

Larry W. Lockwood, Jr., Esquire
Wilson, Hajek & Shapiro, P.C.
1294 Diamond Springs Road
Virginia Beach, Virginia 23455

Theresa Rosendale, Esquire
Guy M. Albertini, Esquire

2