IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JUL 8 2002

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

HELENE K. PAPPAS                    :

                                    :

v.                                  : Civil Action No. DKC 96-3941
                                      Pertains only to Action nos.
                                      DKC-98-~~798~~ and DKC-98-1690
                                    :

CSX TRANSPORTATION, et al.          :

ORDER

For the reasons stated in the foregoing Memorandum Opinion, it

is this 8th day of July, 2002, by the United States District Court

for the District of Maryland, ORDERED that:

1. Plaintiffs' Motion for Reconsideration pursuant to Fed. R.

Civ. P. 60(b) BE, and the same hereby IS, DENIED; and

4. The Clerk transmit copies of the Memorandum Opinion and

this Order to counsel for the parties.

DEBORAH K. CHASANOW
United States District Judge