```
                                                          ___FILED     ___ENTERED
                                                          ___LOGGED    ___RECEIVED

              IN THE UNITED STATES DISTRICT COURT            AUG 1 4 2002
                 FOR THE DISTRICT OF MARYLAND
                                                             AT GREENBELT
                                                         CLERK U.S. DISTRICT COURT
                                                         DISTRICT OF MARYLAND
HELENE PAPPAS, et al.          *                      BY                    DEPUTY
                               *   Consolidated
         Plaintiffs            *   Civil Action No.   DKC-96-3941
v.                             *
                               *
CSX TRANSPORTATION, INC., et al. *  This Pleading Pertains to:
                               *   DKC 98-789 Crawford,
         Defendants            *   DKC-97-37 Williams,
                               *   DKC-98-1271 Edwards,
                               *   DKC-97-2888 Carson,
                               *   DKC 96-3941 Pappas,
                               *   DKC 96-3942 Lebron & Boseman,
                               *   DKC 98-1690 Benitez,
                               *   DKC 98-1270 Robertson,
                               *   DKC 97-3219 Quillen (Closed)

*   *   *   *   *   *   *      *   *   *   *   *   *   *

MARGARET MAJOR, et al.         *
                               *
         Plaintiffs            *
v.                             *   Civil Action No. DKC 96-3940
                               *
                               *
CSX TRANSPORTATION, INC., et al. *
                               *
         Defendants            *

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *
```

## MEMORANDUM

On May 22, 1998, these cases and several others were consolidated for purposes of pretrial scheduling and discovery. Plaintiffs selected Steven M. Weisbaum, Esq., Alper, Mann & Weisbaum, P.C., as liaison counsel responsible for receiving and distributing material and retaining a master case file for use by all plaintiffs. Expenses of liaison counsel were to be adjusted among the parties by agreement. (Paper No. 40).



In October 2001, Mr. Weisbaum, stating that he had withdrawn as liaison counsel, filed a petition for liaison counsel fees. (Paper No. 213). Mr. Weisbaum seeks $175 per hour for his time and $100 per hour for two associates' time, for a total of $14,136.65 in fees and $1,674.64 in costs. Plaintiffs Damian Benitez, Rodney Crawford, Margaret C. Major and James M. Major, and James Edwards, oppose the petition. No hearing is deemed necessary, and the petition will be denied.

Plaintiff Benitez alleges that additional information regarding the nature of and basis for the fees and their apportionment among the plaintiffs is needed, and is concerned that additional petitions will be filed by other attorneys in the Alper, Mann, and Weisbaum firm. (Paper No. 219). Plaintiff Crawford joins Plaintiff Benitez and, in addition, notes that liaison counsel has previously billed plaintiffs individually. Plaintiff Crawford also asks for information regarding any consolidated claims that have settled and how this might affect the fees incurred. (Paper No. 230). Plaintiffs Major state that they owe no fee because they discharged Alper, Mann, and Weisbaum after discovering a conflict of interest. (Paper No. 240). Plaintiff Edwards claims that he is paying fees through a retainer agreement and denies any further liability. (Paper No. 245). Mr. Weisbaum has not responded to any of the oppositions.

Although the court's order provided that expenses were to be adjusted by agreement of the parties, there is no indication that any attempt was made to reach an agreement. Therefore, the petition is premature. In addition, the petition contains insufficient information to allow the court to determine an appropriate award, either in total or as to any particular plaintiff. For example, Plaintiff Quillen's case was voluntarily dismissed with each party to bear its own costs. Other plaintiffs allege that they have made payments to Mr. Weisbaum, and some of the consolidated cases are not the subject of this petition. In addition, it is not clear whether Mr.

Weisbaum made fee arrangements with his own former clients, six of whom are the subject of this petition.[1] Accordingly, the petition will be denied without prejudice.

Date: 8/13/02

JILLYN K. SCHULZE
United States Magistrate Judge

---

[1] Mr. Weisbaum at one time represented Plaintiffs Young-Boseman, Pappas, Williams, Carson, Crawford, and Major.