FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

AUG 1 4 2002

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **HELENE PAPPAS, et al.** | * | **Consolidated** |
| | * | **Civil Action No.   DKC-96-3941** |
| **Plaintiffs** | * | |
| **v.** | * | |
| | * | |
| **CSX TRANSPORTATION, INC., et al.** | * | |
| | * | **This Pleading Pertains to:** |
| **Defendants** | * | **DKC 98-789 Crawford,** |
| | * | **DKC-97-37 Williams,** |
| | * | **DKC-98-1271 Edwards,** |
| | * | **DKC-97-2888 Carson,** |
| | * | **DKC 96-3941 Pappas,** |
| | * | **DKC 96-3942 Lebron & Boseman,** |
| | * | **DKC 98-1690 Benitez,** |
| | | **DKC 98-1270 Robertson,** |
| | | **DKC 97-3219 Quillen (Closed)** |

*    *    *    *    *    *    *        *    *    *    *    *    *    *

| | | |
|---|---|---|
| **MARGARET MAJOR, et al.** | * | |
| | * | |
| **Plaintiffs** | * | |
| **v.** | * | **Civil Action No. DKC 96-3940** |
| | * | |
| | * | |
| **CSX TRANSPORTATION, INC., et al.** | * | |
| | * | |
| **Defendants** | * | |

*    *    *    *    *    *    *    *    *    *    *    *    *    *    *

**<u>ORDER</u>**

In accordance with the Memorandum filed today, it is hereby ORDERED, this <u>13</u> day
of <u>August</u>, 2002, that the Petition for Fees by Liaison Counsel (Paper No. 213) is hereby
DENIED without prejudice.

JILLYN K. SCHULZE
United States Magistrate Judge