**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARGARET MAJOR, et al
_____
Plaintiff(s)

vs.

CSX TRANSPORTATION, INC., et al
_____
Defendant(s)

\* \* \* CONSOLIDATED

Case No.: DKC-96-3940

PERTAINS TO NO.: DKC-98-1690

\_\_\_\_ FEE PAID

\_\_\_\_ FEE NOT PAID
(SEND LETTER)

## MOTION FOR ADMISSION *PRO HAC VICE*

I, CARA J. LUTHER, am a member in good standing of the bar of this Court. My bar number is 0 1 3 8 3 2. I am moving the admission of ROBYN L. GOLDENBERG to appear *pro hac vice* in this case as co-counsel for DAMIEN BENITEZ.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| PENNSYLVANIA | 4/19/01 |
| NEW JERSEY | 11/9/00 |
| DISTRICT COURT IN NEW JERSEY | 11/9/00 |
| NEW YORK | 1/00 |
| FLORIDA | 9/97 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court  0  times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. ~~Either~~ the undersigned movant ~~or~~ Cara J. Luther, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| Cara Jeanne Luther | ROBYN L. GOLDENBERG |
| Printed Name | Printed Name |
| Baum Hedlund Aristei Guilford & Schiavo, P.C. | SALTZ, MONGELUZZI, BARRETT & BENDESKY |
| Firm | Firm |
| 1250 24th Street NW, Suite 300 Washington, D.C. 20037 | 1650 MARKET STREET, 34TH. FLOOR, ~~PHILADELPHIA,~~ PA 19103 |
| Address | Address |
| (202) 466-0513 | 215/496-8282 |
| Telephone Number | Telephone Number |
| (202) 466-0527 | 215/496-0999 |
| Fax Number | Fax Number |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

☒ GRANTED    ☐ DENIED

September 23, 2002
Date

Felicia C. Cannon
~~United States District Judge~~ Clerk, USDC
By: Catherine M. N. Scaffidi

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice

Page 2 of 2