IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

FILED _____ ENTERED
LODGED _____ RECEIVED

OCT - 2 2002

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| **HELENE PAPPAS, et al.** | * | |
| **Plaintiffs** | * | **Consolidated** Civil Action No: DKC-96-3941 |
| | * | Pertains to Action Nos.: DKC-96-3941 (Pappas) |
| | * | DKC-96-3942 (Boseman & Lebron) DKC-97-37 (Williams) *DKC-97-2888 (Carson/Childs/Noakes) DKC-98-789 (Crawford) |
| **CSX TRANSPORTATION, INC., et al.** | * | DKC-98-1270 (Robertson) DKC-98-1271 (Edwards) |
| **Defendants** | * | DKC-98-1690 (Benitez) |

* * * * *   *   * * * * *

## ORDER

Upon the Joint Motion of the parties hereto, it is this 2 day of Oct, 2002, ORDERED, that the above-captioned cases be, and the same hereby are severed for purposes of pretrial scheduling and discovery, and

FURTHER ORDERED, that all scheduling orders currently in place with respect to the above-captioned cases shall remain in effect as to each.

_____
Jillyn K. Schulze
United States Magistrate Judge