IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

DAMIAN BENITEZ,                               :
        Plaintiff,                         :
                              :   CIVIL ACTION  DKC -98-1690
    v.                                     :
                              :
CSX TRANSPORTATION, INC., et al.,             :
        Defendants.                        :

## ORDER OF DISMISSAL

Pursuant to the Stipulation of the parties filed on or about August 14, 2002 the following is hereby ORDERED:

1. All claims against Sumitomo Corporation of America and the National Railroad Passenger Corporation are hereby dismissed with prejudice.

2. Plaintiff's claims against CSX Transportation, Inc. for punitive damages are dismissed with prejudice.

3. Plaintiff's remaining claims against CSX Transportation, Inc. are dismissed with prejudice, except for plaintiff's claims for negligence based upon the negligent operation of the train by the crew of MARC Train 286.

BY THE COURT:

_____
Deborah K. Chasanow,    J.

10/17/02